256 So.2d 428

**STATE of Louisiana**

v.

**Seburn R. WALLACE.**

**No. 51766.**

Jan. 4, 1972.

Henri Loridans, Bossier City, for defendant-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry H. Howard, Asst. Atty. Gen., John B. Benton, Jr., Dist. Atty., Arthur M. Wallace, Jr., Second Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

The defendant was convicted of simple burglary. LSA–R.S. 14:62. He appeals.

The defendant reserved and perfected one bill of exceptions to the trial judge's denial of his motion for a directed verdict based upon the alleged insufficiency of evidence. We have held that our state constitution prevents consideration of such a motion for a directed verdict. LSA–Const. Art. 19, Sec. 9; State v. Williams, 258 La. 801, 248 So.2d 295 (1971). We find no error.

The conviction and sentence are affirmed.